UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MEELI LOA, JR.,

        Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendants.

CASE NO. C12-5527BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 15. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Defendant's decision is **REVERSED**; and

(3)    This action is **REMANDED** for further administrative proceedings in accordance with the findings contained in the R&R.

Dated this 1st day May, 2013.

BENJAMIN H. SETTLE
United States District Judge

ORDER